230 So.2d 837

**Miss Darleen JACOBS**

v.

**Diane MARINO, wife of/and Andrew Marino, Jr.**

No. 50367.

Feb. 23, 1970.

In re: Miss Darleen Jacobs applying for writs of review, certiorari, mandamus and prohibition.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.